NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

PAUL MCGINNIS,
*Petitioner,*

v.

UNITED STATES POSTAL SERVICE,
*Respondent.*

---

2011-3168

---

Petition for review of the Merit Systems Protection Board in case no. AT0752101056-I-1.

---

ON MOTION

---

# ORDER

Paul McGinnis moves for a 30-day extension of time, until January 23, 2012, to file his principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 9 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Ariel E. Solomon, Esq.
     Jane W. Vanneman, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 0 9 2012

**JAN HORBALY**
**CLERK**